05-CR-05866-JGM

FILED ___ LODGED
___ RECEIVED
MAR 2 2 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR05-5866 |
| v. | |
| BRETT J. CSEJKA, | ORDER FOR DISMISSAL |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses the Information against BRETT J. CSEJKA, defendant.

DATED this 22nd day of March, 2006.

Respectfully submitted,

JOHN McKAY
United States Attorney

_____
GLEN E. TEMPLETON
Special Assistant United States Attorney

Leave of Court is GRANTED for the filing of the foregoing dismissal.

DATED this 27th day of March, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER FOR DISMISSAL
Page 1

Special Assistant U.S. Attorney
Post Office Box 33695
Fort Lewis, Washington 98433
(253) 967-0711